I'd like to start with a piece of information. I was born in 2001. I grew up in Missouri, Utah. My parents gave me eight years of education when I was a very young child. While growing up, they gave me all this care over the years. Eight years later, I moved to the U.S.A. That brings up a lot of other things that we have to look forward to. If you set aside a certain amount of time to associate with one of the benefits for some of your interests, you might not understand it all. You are correct, Ron. I receive a lot of joy, a lot of the things that support even just California's denial of any benefits for Oregon citizens, and yet it's only received a few orders of credit from the state government for only a very short period of time. Right, so we're talking today not about not receiving any benefits, but about receiving benefits that we can give to Oregonians. Yeah, you're right. Seriously, so I have a ton of information that we can give to Oregonians that we can give to Oregonians that we can give to Oregonians. Why is that? I don't know. You're not the subject of this lawsuit, are you? No, I'm not. It's a lawsuit. I didn't have one. I didn't have one. Right, so it's interesting that you've been in for a long time. You've been in for a long time, but I know it's taken a lot of hard work to understand what it is. And apparently you've got a very strong sense of justice. Correct. You are a great prophet. You have a great case file that's been really great for Oregonians. You've put out a case over the last quarter for a final court hearing. And the number of communities that have been affected within the time period has probably moved from a 13-day to a 14-day period, including medical records, now for 18-day. Okay, so they're still pending those applications, right? Yes, they are. I don't think that's been drafted by Oregonians. Okay, well, maybe it's not in Washington, D.C., but it's in a rural area. I'm not sure. Well, there are, what's happened in this case was that when she signed up for a lawsuit a year before her case, she was told that she was better for the case than she was for the case. And it's weird that that's what it is. Well, I don't think that the government is entirely at the intercept of that. The question in this case is whether or not there's been some sort of interception in part of the case. So tell us why you think the structure was so severe. Do you think there could have been some sort of access to the administrative process that should have been part of that decision? Yes. Because there are people in those communities where they are afraid to hurt their own community. So it wasn't that the structure of the case wasn't already described in the original process because you didn't process your claim well enough to get a court decision. That's the idea of this court in this community. If you see that in the administrative process, what's the difference between your case and the structure? Your Honor, I think there could have been a certain force in the case   where the court said it's not a challenge that Congress has required an exhaustive administrative process. Your Honor, it's not a challenge that the community has provided when you are in a community that's already over. Yes, Your Honor, I think that's not the way to approach this case. Your Honor, I think that  court found that it was not a challenge that Congress has required an exhaustive administrative process. Your Honor, I think that this court  found that it was          exhaustive administrative process. Your Honor, I think that it was not a challenge that the community has required an exhaustive administrative process. Your Honor, I think that this  found that   not a challenge that community has required an  administrative process. Your Honor, I think that this court found that not a also found that an administrative process challenge
judges: Tashima, Tallman, Hurwitz